UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00171-MOC

| | |
|---|---|
| **FORD MOTOR COMPANY,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>**GARLOCK SEALING TECHNOLOGIES, LLC,** )<br>)<br>Defendant. ) | ORDER |

**THIS MATTER** is before the court on John Stephen Favate's Motion for Admission Pro Hac Vice. Having considered John Stephen Favate's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that John Stephen Favate's Motion for Admission Pro Hac Vice (#5) is GRANTED, and Mr. Favate is allowed to appear in this case while associated with Jodi D. Hildebran.

Signed: April 25, 2014

Max O. Cogburn Jr.
United States District Judge