UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00171-MOC

| | | |
|---|---|---|
| **FORD MOTOR COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GARLOCK SEALING TECHNOLOGIES, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Henry T. M. LeFevre-Snee's Motion for Admission Pro Hac Vice. Having considered Henry T. M. LeFevre-Snee's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Henry T. M. LeFevre-Snee's Motion for Admission Pro Hac Vice (#4) is GRANTED, and Mr. LeFevre-Snee is allowed to appear in this case while associated with Jodi D. Hildebran.

Signed: April 25, 2014

Max O. Cogburn Jr.
United States District Judge