UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00171-MOC

| | | |
|---|---|---|
| **FORD MOTOR COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GARLOCK SEALING TECHNOLOGIES, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on E. Duncan Getchell, Jr.'s Motion for Admission Pro Hac Vice. Having considered E. Duncan Getchell, Jr.'s motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that E. Duncan Getchell, Jr.'s Motion for Admission Pro Hac Vice (#16) is GRANTED, and Mr. Getchell is allowed to appear in this case while associated with Kirk G. Warner.

Signed: April 25, 2014

Max O. Cogburn Jr.
United States District Judge