UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00171-MOC

| | | |
|---|---|---|
| **FORD MOTOR COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GARLOCK SEALING TECHNOLOGIES, LLC,** | ) | |
| **et al.,** | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Alice S. Johnston's Motion for Special Admission. Having considered Alice S. Johnston's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Alice S. Johnston's Motion for Special Admission (#32) is GRANTED, and Ms. Johnston is specially admitted to practice in this particular case.

Signed: May 8, 2014

Max O. Cogburn Jr.
United States District Judge