UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00171-MOC

| | |
|---|---|
| **FORD MOTOR COMPANY,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>**GARLOCK SEALING TECHNOLOGIES, LLC,** )<br>**et al.,** )<br>Defendants. ) | ORDER |

**THIS MATTER** is before the court on Nava Hazan's Motion for Admission Pro Hac Vice. Having considered Nava Hazan's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Nava Hazan's Motion for Admission Pro Hac Vice (#35) is GRANTED, and Nava Hazan is allowed to practice in this case while appearing with H. Lee Davis, Jr.

Signed: May 8, 2014

Max O. Cogburn Jr.
United States District Judge