UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00171-MOC

| | |
|---|---|
| **FORD MOTOR COMPANY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **GARLOCK SEALING TECHNOLOGIES, LLC,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Resolute Management, Inc.'s and the AIG Member Companies' Motion to Join Ford Motor Company's Motion for Withdrawal of the Reference With Respect to Contested Matters Relating to Access to Sealed Trial Transcripts and Evidence. Having considered Resolute Management, Inc.'s and the AIG Member Companies' motion and reviewed the pleadings, and no objection having been filed, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Resolute Management, Inc.'s and the AIG Member Companies' Motion to Join Ford Motor Company's Motion for Withdrawal of the Reference With Respect to Contested Matters Relating to Access to Sealed Trial Transcripts and Evidence (#18) is **GRANTED**, and such parties are allowed to join in Ford's motion and supporting memoranda of law.

Signed: May 12, 2014

Max O. Cogburn Jr.
United States District Judge